UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY SHAMOON,

    Plaintiff,

v.

RYDER TRUCK RENTAL, INC., *et al.*,

    Defendants.

_____/

Case No.: 4:19-cv-12781
Hon. Matthew F. Leitman

## ORDER ADMINISTRATIVELY TERMINATING PENDING MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 82, 83)

The parties to this action have informed the Court that this case has settled. Accordingly, the Court **ADMINISTRATIVELY TERMINATES** the pending motions for summary judgment (ECF Nos. 82, 83).

    **IT IS SO ORDERED.**

Dated: June 28, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126